**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
**Orlando Division**

| | | |
|---|---|---|
| SOMMER SHERWOOD, | : | Case No. 6:24-cv-00560 |
| | : | |
| Plaintiff, | : | Judge Paul G. Byron |
| | : | |
| v. | : | Magistrate Judge |
| | : | Robert M. Norway |
| | : | |
| TOBIAS & ASSOCIATES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Tobias & Associates, LLC, makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **No parent corporation or publicly held corporation owns 10% or more of Tobias & Associates, LLC.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.] **This action is based on federal question jurisdiction, not diversity.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome: **The following persons and entities have an interest in the outcome of this action: Sommer Sherwood, Tobias & Associates, LLC, Michael Tobias, Attorney Lisa Messner and Mac Murray & Shuster, LLP.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **No publicly traded shares or debt are affected by the outcome of this action.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **No additional entities are likely to actively participate in this action.**

6. Identify each person arguably eligible for restitution: **Sommer Sherwood and Tobias & Associates, LLC.**

Further, I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Lisa A. Messner*

Lisa A. Messner
(*Specially Admitted Pro Hac Vice)*
(Ohio Bar No. 0074034)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Fax: (614) 939-9954
lmessner@mslawgroup.com

***ATTORNEY FOR DEFENDANT TOBIAS & ASSOCIATES, LLC***

## CERTIFICATE OF SERVICE

I certify that on April 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Middle District of Florida.

*/s/ Lisa A. Messner*
Counsel for Defendant
Tobias & Associates, LLC