**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| SOMMER SHERWOOD, | : | Case No. 6:24-cv-00560-RMN |
| | : | |
| Plaintiff, | : | Judge Paul G. Byron |
| | : | |
| v. | : | Magistrate Judge Robert M. Norway |
| | : | |
| | : | |
| TOBIAS & ASSOCIATES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sommer Sherwood and Defendant Tobias & Associates, LLC, by and through undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each side bearing its own attorneys' fees, costs, and expenses.

Dated October 8, 2024,

Respectfully submitted,

Sommer Sherwood

Sommer Sherwood
Plaintiff, Pro Se
14855 Hawksmoor Run Circle
Orlando, Florida 32828

*/s/ Lisa A. Messner*
Lisa A. Messner
(*Specially Admitted Pro Hac Vice)*
(Ohio Bar No. 0074034)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Fax: (614) 939-9954
lmessner@mslawgroup.com

*ATTORNEY FOR DEFENDANT*
*TOBIAS & ASSOCIATES, LLC*