**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **SOMMER SHERWOOD** a Florida resident, | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § | |
| | § | **Case No: 6:24-cv-00560-RMN** |
| **TOBIAS & ASSOCIATES, LLC** | § § § | |
| **Defendant.** | § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Stipulation of Dismissal, it is this, _______ day of ________, 2024,

**ORDERED** that Plaintiff's Stipulation of Dismissal be and is hereby **GRANTED;**

**SO ORDERED**

_________________________

**United States District Judge**